PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:** Melvin Nolan  **Case Number:** 4:18-cr-00002

**Name of Sentencing Judicial Officer:** Rodney W. Sippel, Eastern District of Missouri
Rebecca Goodgame Ebinger, U.S. District Judge (current)

**Date of Original Sentence:** November 7, 2003

**Original Offense:** 18 U.S.C. §§ 922(g)(1) – Felon in Possession of a Firearm

**Original Sentence:** 180 months imprisonment; 60 months supervised release

**Date Original Supervision Commenced:** January 9, 2016

**Date Current Supervision Commenced:** April 23, 2021

**Prior Modification(s)/Revocation(s):** May 28, 2019 – Substance abuse testing and treatment
June 24, 2019 – Up to 120 days Residential Reentry Center (RRC)
August 17, 2020 – Revoked; 12 months and one day of imprisonment, 12 months supervised release

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. New Arrest | On June 8, 2021, Mr. Nolan was cited by the Pella, Iowa, Police Department for Driving Under Suspension and Failure to Use Seat Belt. Mr. Nolan has a court date scheduled for June 28, 2021, at 1:00 p.m. |

**U.S. Probation Officer Action:**

Mr. Nolan was counseled about his noncompliance and potential consequences from continued noncompliance were discussed. Mr. Nolan reports he received a letter from the Iowa Department of Transportation (DOT) stating his license was valid until his scheduled appointment on June 19, 2021. Mr. Nolan believes this is just an error that will be resolved prior to his court date on June 28, 2021. Mr. Nolan contracted not to drive a motor vehicle until he verifies with the DOT that his license is indeed valid. Mr. Nolan will appear for all scheduled court dates and keep the Probation Office updated.

**The Probation Office recommends that no further action be taken at this time.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2021

by: *Emily Noordhoek*

Emily Noordhoek
U.S. Probation Officer

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Debra L. Scorpiniti
Assistant United States Attorney

*Deb S*
Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other: _____

Signature of Judicial Officer

Date